# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TED WILEY                                                         PLAINTIFF

v.                       No. 4:12CV00226 JLH

ROCKTENN CP, LLC                                    DEFENDANT

## ORDER

The motions for admission *pro hac vice* of B. Scott Eidson and Mark A. Thomas are GRANTED. Documents #6 and #7. B. Scott Eidson and Mark A. Thomas are hereby admitted to appear before this Court as co-counsel for the defendant in this action.

IT IS SO ORDERED this 15th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE