IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TED WILEY**                                                                           **PLAINTIFF**

v.                              **CASE NO. 12-cv-00226-KGB**

**ROCKTENN CP, LLC**                                                           **DEFENDANT**

## ORDER

Before the Court is RockTenn CP, LLC's Motion to Dismiss Counts II and III of the Complaint (Dkt. No. 13). Plaintiff filed his First Amended Complaint on June 25, 2012 (Dkt. No. 18) and his Response to the partial motion to dismiss on June 27, 2012 (Dkt. No. 20).

Defendant's Motion to Dismiss Counts II and III of the Complaint (Dkt. No. 13) is denied as moot, based on the filing of the First Amended Complaint.

SO ORDERED this the 9 day of July, 2012.

_____
Kristine G. Baker
United States District Judge