IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TED WILEY                                                        PLAINTIFF

VS.                          NO. 4:12-cv-226-KGB

ROCKTENN CP, LLC F/K/A SMURFIT-STONE                DEFENDANT
CONTAINER CORPORATION F/DBA SMURFIT-STONE
CONTAINER ENTERPRISES, INC.

## ANSWER TO COUNTERCLAIM

Comes now Plaintiff, Ted Wiley, Plaintiff, Counterclaimant Defendant, Ted Wiley, and for his answer to the Counterclaim filed herein, states:

1. Admits the allegations contained in paragraph 1.

2. Admits the allegations contained in paragraph 2.

3. Admits the allegations contained in paragraph 3.

4. Admits that he has accused RockTenn of directly infringing at least one claim of the '833 patent on account of RockTenn's manufacture of its "AutoBin®" branded products. Further admits that he has accused RockTenn of indirectly infringing at least one claim of the '833 patent. Denies the remaining allegations contained in paragraph 4.

5. Admits the allegations contained in paragraph 5.

6. The allegation contained in paragraph 6 are legal conclusions which require no response. To the extent a response is required, the allegations contained in paragraph 6 are denied.

7. Wiley restates, realleges and incorporates by reference herein all admissions

and denials of paragraphs 1-6 of this Answer.

8. Admits that he claims that RockTenn infringes the "833 patent by making, using, selling, and/or offering for sale certain six-sided, self-erecting pallet containers. Further admits that he claims that RockTenn induces infringement of the '833 patent. Denies the remaining allegations contained in paragraph 8.

9. Denies the allegations contained in paragraph 9.

10. Denies the allegations contained in paragraph 10.

11. Wiley restates, realleges and incorporates by reference herein all admissions and denials of paragraphs 1-10 of this Answer.

12. Denies the allegations contained in paragraph 12.

13. Denies each and every other allegation contained in the Counterclaim which has neither been specifically admitted nor denied herein.

14. Affirmatively states that RockTenn's counterclaim fails to state a claim upon which relief may be granted.

15. Affirmatively pleads and adopts all defenses available to him pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, the patent laws of the United States and any other defense, at law or in equity, that may now exist or in the future be available based upon discovery and further investigation in this matter.

16. Affirmatively states that the claims of the '833 patent are valid, enforceable and infringed by RockTenn.

17. Affirmatively states that RockTenn has directly infringed all of the claims of

the '833 patent by manufacturing, using, selling, and/or offering for sale self-erecting, six-sided pallet containers, including those containers offered for sale and sold under the brand name AutoBin®.

18. Affirmatively states that RockTenn has induced infringement of the '833 patent by advertising and marketing six-sided, self-erecting pallet containers, including those containers advertised and marketed under the brand name AutoBin®.

WHEREFORE, Ted Wiley, Counterclaim Defendant herein, prays that the Counterclaim filed herein by Rock-Tenn CP, LLC, be dismissed and held for naught and that the Counterclaimant take nothing thereon; for his costs and attorney's fees expended; and for any and all other relief to which he may be entitled.

Wiley joins Rock-Tenn in its demand for a jury trial on all issues so triable.

                                                 Respectfully submitted,

                                                 STANLEY LAW FIRM
                                                 Attorneys at Law
                                                 326 S. Church
                                                 Jonesboro, AR 72401
                                                 (870) 932-2000
                                                 bill@billstanleylaw.com

                                               /s/ Bill Stanley
                                               Bill Stanley
                                               Arkansas Bar No. 92033

## **CERTIFICATE OF SERVICE**

I, Bill Stanley, attorney for the plaintiff herein, on August 2, 2012, hereby certify that I have electronically filed the above pleading through ECF to the following:

Mr. B. Scott Eidson
Mr. Mark A. Thomas
ARMSTRONG TEASDALE, LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105

Mr. John R. Elrod
Mr. P. Joshua Wisely
CONNER & WINTERS
4375 North Vantage Drive, Suite 405
Fayetteville, AR 72703


/s/ Bill Stanley
Bill Stanley