**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TED WILEY**                                                                                                          **PLAINTIFF**

v.                                    **CASE NO. 4:12-cv-00226-KGB**

**ROCKTENN CP, LLC**                                                                                          **DEFENDANT**

## ORDER

Before the Court is defendant RockTenn CP, LLC's ("RockTenn") motion for leave to file exhibit to motion for summary judgment under seal (Dkt. No. 50). RockTenn requests leave to file under seal a spreadsheet designated as "Confidential" under the stipulated protective order (Dkt. No. 49). For good cause shown, the motion is granted. RockTenn may file the confidential spreadsheet under seal.

SO ORDERED this the 29th day of August, 2013.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge