# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **TED WILEY** | **PLAINTIFF** |
| **v.** CASE NO. 4:12-cv-00226-KGB | |
| **ROCKTENN CP, LLC** | **DEFENDANT** |
| **ROCKTENN CP, LLC** | **COUNTER-PLAINTIFF** |
| **v.** | |
| **TED WILEY** | **COUNTER-DEFENDANT** |

## ORDER

The Court will conduct a pretrial hearing to address matters including, but not limited to, RockTenn CP, LLC's outstanding motion *in limine* (Dkt. No. 73) and objections to plaintiff Ted Wiley's pretrial disclosure sheet (Dkt. No. 75) by telephone on Wednesday, October 23, 2013, beginning at 12:00 p.m. The call-in information is as follows:

- Dial-in number:   (888) 273-3658
- Access code:   3848262

SO ORDERED this the 22nd day of October, 2013.

_____
Kristine G. Baker
United States District Judge