**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TED WILEY**                                                                                               **PLAINTIFF**

**v.**                  **CASE NO. 4:12-cv-00226-KGB**

**ROCKTENN CP, LLC**                                                   **DEFENDANT**

**ROCKTENN CP, LLC**                                                **COUNTER-PLAINTIFF**

**v.**

**TED WILEY**                                                                                 **COUNTER-DEFENDANT**

## JUDGMENT

Consistent with the Opinion and Order that was entered on October 9, 2013 (Dkt. No. 72), with the parties' joint stipulation of dismissal with prejudice of certain claims (Dkt. No. 82), and with the Order granting the parties' joint motion for consent judgment (Dkt. No. 83), the Court enters the following.

It is considered, ordered, and adjudged that, as for plaintiff Ted Wiley's claims against RockTenn CP, LLC ("RockTenn") for patent infringement as to RockTenn's One-Piece Bin and Sioux City Bin, RockTenn's motion for summary judgment is granted, judgment is entered in favor of RockTenn on these claims, and these claims are dismissed with prejudice. The relief sought is denied.

Consistent with the parties' joint stipulation for dismissal, Mr. Wiley's Count I for breach of contract (Dkt. No. 18) and RockTenn's Count II of its counterclaim for invalidity of U.S. Patent No. 7,328,833 (Dkt. No. 23) are dismissed with prejudice. Each party to bear its own fees and costs with respect to these two dismissed counts.

Consistent with the parties' joint motion for consent judgment, it is considered, ordered, and adjudged that judgment is entered against Mr. Wiley and in favor of RockTenn on Mr. Wiley's Count II for patent infringement. Mr. Wiley's claims for patent infringement in Count II of his complaint are dismissed with prejudice. Also pursuant to the joint motion for consent judgment, judgment is entered for RockTenn, and against Mr. Wiley, on Count I of RockTenn's counterclaim for non-infringement. The parties agree that the consent judgment as to these counts does not prevent either party from pursuing their fees and costs with respect to these counts of patent infringement in this suit.

SO ADJUDGED this the 24th day of October, 2013.

_____
Kristine G. Baker
United States District Judge